IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK JAMES BYRNE, JR., | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-5066 |
| | : | |
| LT. DAVIS and SGT. MARSHALL | : | |

## ORDER

AND NOW, this 13th day of January 2026, upon considering defendants' motion for summary judgment (DI 56), plaintiff's responses (DI 57, 59, 62, 63), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 56) is **GRANTED**. We deny Mr. Byrne's request for permission to amend his complaint at this late stage because it would be futile. The Clerk of Court shall **close** this case.

MURPHY, J.