IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK JAMES BYRNE, JR.,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-5066 |
| | : | |
| **LT. DAVIS and SGT. MARSHALL** | : | |

## ORDER

**AND NOW**, this 21st day of January 2026, upon considering defendants' motion for summary judgment (DI 56), plaintiff's responses (DI 57, 59, 62, 63), and for reasons in the accompanying amended memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 56) is **GRANTED**. We deny Mr. Byrne's request for permission to amend his complaint to add an inadequate medical care claim, but we do so without prejudice to Mr. Byrne's ability to bring his Pennsylvania law negligence claims against Ms. Najarian and Ms. Showers in state court. We grant Sergeant Marshall and Lieutenant Davis's motion for summary judgment for lack of evidence that Sergeant Marshall or Lieutenant Davis were deliberately indifference to his serious medical need.

_____
MURPHY, J.